Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

FILED 02 DEC '19 09:08 USDC-ORE

# UNITED STATES DISTRICT COURT

for the

District of Oregon

EUGENE Division

| | |
|---|---|
| ALANNA NICOLE PARTIN MN ANC 1058428200026<br>Partin, Nicholson<br><br>_____<br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint.*<br>*If the names of all the plaintiffs cannot fit in the space above,*<br>*please write "see attached" in the space and attach an additional*<br>*page with the full list of names.)*<br><br>**-v-**<br><br>**SEE ATTACHED**<br><br>_____<br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the*<br>*names of all the defendants cannot fit in the space above, please*<br>*write "see attached" in the space and attach an additional page*<br>*with the full list of names.)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. ___6:19-cv-1948-AA___<br>*(to be filled in by the Clerk's Office)* |

## COMPLAINT AND REQUEST FOR INJUNCTION

### I.   The Parties to This Complaint

#### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | ALANNA NICOLE PARTIN MN ANC 1058428200026 |
| Street Address | C/O 40312 PIPER LN |
| City and County | SWEET HOME     LINN |
| State and Zip Code | OREGON  [97386] |
| Telephone Number | 503-740-5472 |
| E-mail Address | 09RAPTOR700R@GMAIL.COM |

#### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

    Name                  <u>SEE ATTACHED</u>

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question              ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
18 USC 227, 18 USC 1661, 18 USC 1581,
18USC241, 18USC242, 42USC1983, 42USC12203,  6th ammendment, 2nd ammendment, 4th ammendment, 8th ammendment,  article 1 vs article 3  applicability of constitutional limitation

may be others upon full discovery

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the

State of *(name)* _____ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* ALANNA NICOLE PARTIN , is incorporated

under the laws of the State of *(name)* MINNESOTA ,

and has its principal place of business in the State of *(name)*

OREGON .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of

the State of *(name)* _____ . Or is a citizen of

*(foreign nation)* _____ .

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

    b.    If the defendant is a corporation

The defendant, *(name)*   SEE ATTACHED               , is incorporated under

the laws of the State of *(name)*                   , and has its

principal place of business in the State of *(name)*

Or is incorporated under the laws of *(foreign nation)*

and has its principal place of business in *(name)*

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:
4-250+ MILLION  BASED ON COURT DECIDED APLICABILITY OF FEE SCHEDUAL,
DAMAGES TO ENTITY HOLDER/ AGENTS,
PERSONAGE OF AGENTS OF PLANTIFF ENTITY
 ASSAULT AND BATTERY
ILLEGAL ARREST AND DETAINMENT    SEE ADDITIONAL PAGE FOR  ADDITIONAL

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

    A.    Where did the events giving rise to your claim(s) occur?
        BENTON AND LINN COUNTY  OREGON

    B.    What date and approximate time did the events giving rise to your claim(s) occur?
        EVENTS BEGIN DATED 2015 HOWEVER   INJUNCTIVE RELEIF REQUESTED  FOR ITEMS DATING
        TO 11-8-2018

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C.    What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what?  Was anyone else involved?  Who else saw what happened?)*

SEE ADDITIONAL PAGES

## IV.    Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

PERMANANT NERVE DAMAGE   TO LOWER SPINE AREA  to entity agents
NEAR LOSS OF LIFE of agents BY  ILLEGALLY DRAWN WEAPON BY DEFENDANTS
 ON GOING  INJURY TO  agent and business entity REPUTATION  LEADING TO  EXCALATION OF
ACTIONS BY DEFENDANTS

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

INJUNCTION OF ALL CURRENT  CHARGING INSTRUMENTS  WITHIN LINN AND  BENTON COUNTY
CIRCUIT COURTS FOR CAUSE OF  FOREIGN ENTITY BEING APPLIED TO STATE STATUTES OF
CONTRACTUAL OBLIGATION WHERE NO CONTRACT EXISTS,  PEONAGE  OF AGENT/ NAME HOLDER
OF ENTITY AS THE ENTITY IN THE DEFENDANTS  PROCEEDINGS AND  ACTIONS

APPLICATION AND VALIDITY  OF ENTITY FEE SCHEDUAL   FILED WITH DEFENDANTS AND
UNREBUTTED ·IN ITS UPDATED FILING TO DEFENDANTS  DATED  FEB 2019

MONETARY  VALUE    MINIMUM VALUE 4 MILLION,  MAY EXCEED  250 MILLION  AS ITEMS OF ASSESSED
FEES  BY AGENT INTERATION WITH DEFENDANTS  IS RECORDED  WELL IN EXCESS OF  LISTED VALUE
SHOWN

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    *12-2-2019*

Signature of Plaintiff      BY: Partin:nicholas-jon : AUTH REP / NAME HOLDER TO  ALANNA

Printed Name of Plaintiff    Partin:nicholas-jon

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney      _____

Printed Name of Attorney    _____

Bar Number            _____

Name of Law Firm        _____

Street Address          _____

State and Zip Code        _____

Telephone Number        _____

E-mail Address          _____